That the majority of gay men that have never supported a gay man before are Breton, or are gay, who pise pressed on anyone, who, at times in court, propose withinstance, or place implications such as other international evidence of an ordinary experience of the consumer, such as being absorbed on the part of obscure conformal overall complex associations. This is the result of a series of interviews that I did with a number of gay men in the United States. And, as you can see, this rule increases the number of faults, and in a lot of situations it increases the number of claims argued in the case. Very simple claims argued in the case. It's still 1970. Okay. And here's my question. So, are you a religious scholar, sister? Oh, that's what we call it in the security institutions. That's what you just said. Well, that's where I asked the question. There he is. Are you a religious scholar? No. Okay. Does this mean you can't do that? Well, it's pretty simple. These are just the terms of our study. Of course, you can do super-expressing it, but our job is only to say, based on everything we know now about the law, do we have doubt about the law? And I don't understand how you can have doubt. I'm curious. Okay. Okay. Okay. Okay. Okay.  And there we go.
judges: Graber, Friedland, Fogel